UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THELMA WHITE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:12CV469 JAR |
| | ) | |
| 14051 MANCHESTER, INC. d/b/a | ) | |
| HOTSHOTS SPORTS BAR & GRILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Strike Declaration of Joe Fuchs (ECF No. 162). The Court construes this as a motion to compel the deposition of Joe Fuchs. The Court grants the motion to compel the deposition of Joe Fuchs. Defendants are ordered to re-serve Mr. Fuchs no later than **December 20, 2013** and to complete Mr. Fuchs' deposition no later than **January 15, 2014**. If Mr. Fuchs fails to appear for his deposition, then the Court will strike Mr. Fuchs' Declaration (ECF No. 140-61) and Mr. Fuchs will not be allowed to be a witness in this action.

Dated this 6th day of December, 2013.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE