UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THELMA WHITE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:12CV469 JAR |
| ) | |
| 14051 MANCHESTER, INC. d/b/a ) | |
| HOTSHOTS SPORTS BAR & GRILL, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Joint Motion to Amend Case Management Order (ECF No. 205). In that Motion, the parties move to change the pretrial deadlines to April 25, 2014.

The Court is beginning a four-week trial and will be unable to retain the May 5, 2014 trial date. The Court also has dispositive and decertification motions pending.

Accordingly,

**IT IS HEREBY ORDERED** that the trial date of May 5, 2014 is **VACATED**. The Court will hold a conference with the parties after it rules on the pending motions regarding setting a new trial and new deadlines for the parties to file their pretrial motions, if necessary.

**IT IS FURTHER ORDERED** that the Joint Motion to Amend Case Management Order [205] is **DENIED** as moot.

Dated this 7th day of April, 2014.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE